UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: Harold E. Slade and Linda Blank Slade

Case No. 12-12936

Chapter A Sec. 13

### NOTICE OF HEARING

Notice is given that a hearing on the Notice to Reopen Chapter 13 to Cancel Lien, (document),

will be held before Judge Magner on the following:

DATE: May 14, 2019

TIME: 10:00 Am

LOCATION: 500 Poydras Street, New Orleans, LA 70015. Courtroom B-709.

Objections are due 7 days before the hearing.

### CERTIFICATE OF SERVICE

I certify that copies of the Motion to Reopen Chapter 13 to Cancel Lien and the Notice of Hearing have been mailed to the parties on the attached list on April 15, 2019.

Signed Linda Slade

Date:
Address: 7920 Lady Gray St.
New Orleans, La. 70127

Phone: 504-930-6332

New Century Mortgage Corporation
18400 Von Karman, Suite 1000
Irvine, Ca. 92612